| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>RYAN ORSINI,<br><br>                       Debtor.<br>------------------------------------------------x | TF-0014/MK<br>April 3, 2024<br>9:00 AM<br><br>Case No. 21-22707-CGM-13<br><br>Hon. CECELIA G. MORRIS<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 3rd day of April, 2024 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
         March 15, 2024

                                                                 /s/ *Thomas C. Frost*
                                                                 THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                                 399 KNOLLWOOD ROAD, STE 102
                                                                 WHITE PLAINS, NY 10603
                                                                 (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>───────────────────────────────x<br>IN RE:<br><br>RYAN ORSINI,<br><br>　　　　　　　　　　Debtor.<br>───────────────────────────────x | TF-0014/MK<br>April 3, 2024<br>09:00 AM<br><br>Case No: 21-22707-CGM-13<br><br>Hon. CECELIA G. MORRIS<br><br>**APPLICATION** |

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

　　　　THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 29, 2021 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5).

3. The Debtor's proposed Chapter 13 plan must be amended to address all priority creditors consistent with the amounts listed in the filed claims.

4. Furthermore, the Debtor has failed to:

    a. submit timely Chapter 13 plan payments to the Trustee as required by 11 U.S.C. §1325(a)(6) and is in arrears, to date, in the amount of $357.00;

    b. provide the Trustee with affidavits of contribution for each person contributing to the proposed plan or to payment of expenses of the Debtor's household; and

    c. provide the Trustee with copies of filed 2018 federal and state tax returns as required pursuant to 11 U.S.C. § 521(f)(1).

5. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

6. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

　　　　WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
　　　　March 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Thomas C. Frost*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x   Case No: 21-22707-CGM-13
IN RE:

  RYAN ORSINI,

                                            **CERTIFICATE OF SERVICE**
                                                    **BY MAIL**

                      Debtor.
-------------------------------------------------x

       This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

RYAN ORSINI
56 RUTH ROAD
CORTLANDT MANOR, NY 10567

SCOTT J. GOLDSTEIN, ESQ.
WENARSKY AND GOLDSTEIN, LLC
410 ROUTE 10 WEST, STE 214
LEDGEWOOD, NJ 07852


This March 15, 2024

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  21-22707-CGM-13
Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------------------------------------
IN RE:

RYAN ORSINI,

                Debtor.

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**